

225 Broadway, Suite 613
New York NY 10007

☎ 646-751-8743
🖨 212-964-9516
✉ psverd@sverdlawfirm.com
🌐 www.sverdlawfirm.com

August 22, 2019

The Hon. James Orenstein
 United States District Magistrate Judge
225 Cadman Plaza East
Brooklyn, NY 11201

                 Re:    Christopher O'Rourke v. 189 Bedford Tacos LLC et al
                        Case No.: 1:19-cv-01911 (DLI)(JO)
                        <u>NOTICE OF SETTLEMENT: LETTER MOTION</u>

**Greetings Judge Orenstein,**

      Please note that the undersigned is the attorney for plaintiff in the above referenced matter. I am pleased to report that the parties have reached a settlement in this action.  The parties join in this Letter Motion seeking a stay of all court proceedings in this matter through September 30, 2019, while the settlement agreement is consummated.

      Thank you for your attention and courtesy in this matter.

Very truly yours,

*Peter Sverd*

  Peter Sverd, Esq.