FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ SEP 24 2019 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CHRISTOPHER O'ROURKE,
        Plaintiff,

CASE NO.: 1:19-cv-01911(DLI) (JO)

v.

189 BEDFORD TACOS LLC, and
189 BEDFORD AVENUE LLC
        Defendants.
-------------------------------------------------------------X

### STIPULATION FOR DISMISSAL OF CASE WITH PREJUDICE

Plaintiff and Defendants, by and through undersigned counsel, hereby move this court to dismiss the instant action with prejudice and retain jurisdiction to enforce the terms of their settlement agreement.

IT IS FURTHER AGREED, that facsimile or pdf copies of signatures shall be deemed original for the purpose of this Stipulation.

Dated: New York, New York
       September 23, 2019

Law Offices of Peter Sverd, PLLC
*Attorneys for Plaintiff*
225 Broadway, Ste. 613
New York, NY 10007

By: *Peter Sverd*
    Peter Sverd, Esq.

Wilson, Elser, Moskowitz, Edelman & Dicker LLP
*Attorneys for Defendant 189 Bedford Tacos LLC*
150 East 42nd Street
New York, NY 10017

By: _____
    Joanna Colacurcio, Esq.

Jackson Lewis P.C.
*Attorneys for Defendant 189 Bedford Avenue LLC*
44 South Broadway, 14th Floor
White Plains, NY 10601

By: _____
    Rebecca M. McCloskey, Esq.

SO ORDERED.
DATED: Brooklyn, NY
    9/24/2019

s/Dora L. Irizarry, Chief USDJ
_____
Dora L. Irizarry
Chief U.S. District Judge